AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States District Court
Southern District of Texas
FILED

NOV - 2 2018

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Diana Patricia GARZA-CABRERA, YOB: 1960, MEX | ) | Case No. M-18-2264-M |
| Dalia Belen TREVINO-RODRIGUEZ, YOB: 1981, MEX | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __11/01/2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841 (1) (a) | Knowingly, intentionally, and unlawfully possess with intent to distribute a controlled substance in Schedule II of the Controlled Substance Act of 1970, to wit 10.62 kilograms (aggregate gross weight) of Cocaine |

This criminal complaint is based on these facts:
See attachement A

☑ Continued on the attached sheet.

Approved by
[signature]

Sworn to before me and signed in my presence.

Date: __11/02/2018__   8:23 am

City and state: __McAllen, Texas__

[signature]
Complainant's signature

Alfonso Perez Jr./Special Agent  DEA
*Printed name and title*

[signature]
Judge's signature

Peter E. Ormsby, U.S. Magistrate Judge
*Printed name and title*

# "ATTACHMENT A"

On November 1, 2018, Customs and Border Protection Officer Edgar Gomez and Nikolas Torell encountered and arrested Diana Patricia GARZA-CABRERA and Dalia Belen TREVINO-RODRIGUEZ at the Pharr Port-of-Entry attempting to smuggle 10.62 KG of Cocaine in their bodies as body carriers.

ENCOUNTER:
On November 1, 2018, at approximately 1:07 P.M., GARZA-CABRERA arrived at the Pharr International Bridge in Pharr, Texas and applied for admission into the United States of America via lane number 5. GARZA-CABRERA along with TREVINO-RODRIGUEZ were traveling in a Gray Ford Flex with Mexican License Plates. Both GARZA-CABRERA and TREVINO-RODRIGUEZ presented each a DSP 150 Border Crosser Card and both claimed to be Mexican Citizens to primary Customs and Border Protection Officer Gomez. CBPO Gomez conducted an interview of both subjects and claimed to be traveling from Reynosa, Tamaulipas, Mexico in order to shop in McAllen, Texas. System queries of subject's and vehicle revealed alerts for narcotics smuggling. CBPO Gomez took a negative declaration for drug, currency, weapons, and agricultural goods from both subjects. CBPO Gomez referred and escorted the vehicle to secondary for further inspection. CBPO Gomez handed the inspection to CBPO Torell and notified SCBPO Rodriguez. Once in secondary CBPO Torell asked both subjects to exit the vehicle and sit by the secondary table while the Officers conducted their inspection on the vehicle. Canine Enforcement Officer Reyes Mendoza utilized his assigned K-9 partner in order to do a free air sniff of the vehicle and subjects which resulted in the positive alert of both GARZA-CABRERA and TREVINO-RODRIGUEZ. Both were then transported to passport control, where a female pat down was conducted on GARZA-CABRERA and TREVINO-RODRIGUEZ. The pat down of both GARZA-CABRERA and TREVINO-RDORIGUEZ revealed large square bundles strapped to their thighs. Both GARZA-CABRERA and TREVINO-RODRIGUEZ were in possession of five bundles each. At that time, both GARZA-CABRERA and TREVINO-RODRIGUEZ were placed under arrest. The bundles GARZA-CABRERA and TREVINO-RODRIGUEZ were in possession of tested positive for Cocaine, with a total combined weight of 10.62KG.

MIRANDA WARNING DEA:
Task Force Officer Robert LaRock along with Task Force Agent Robert Pina arrived at the Pharr, International Bridge in order to interview GARZA-CABRERA and TREVINO-RODRIGUEZ on November 1, 2018. Both GARZA-CABRERA and TREVINO-RODRIGUEZ were read their Miranda Warnings in Spanish, their preferred language. Both GARZA-CABRERA and TREVINO-RODRIGUEZ stated they knew they were transporting cocaine strapped to their bodies in their thighs. The narcotics were to be passed on to a drug smuggler in McAllen, Texas. Both GARZA-CABRERA and TREVINO-RODRIGUEZ were each going to get paid one thousand (1,000) United Stated Dollars for transporting the narcotics through the Port-of- Entry to McAllen, Texas.

CONTRABAND:
Contraband was tested and weighted, revealing 10.62 KG of Cocaine.

DISPOSITION:
Both GARZA-CABRERA and TREVINO-RODRIGUEZ were transported to the Alton Police Department pending Initial Appearance before a Magistrate Judge.